06-CV-05705-ORD

Judge Ronald Leighton

FILED ___ LODGED
___ RECEIVED

MAR 30 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN DUGAN and RAYN DUGAN, Husband and Wife, and the marital community,

Plaintiff,

v.

UNITED STATES OF AMERICA, and, MELINDA FRIEND and JOHN DOE FRIEND, Wife and Husband, and the marital community,

Defendants.

CASE NUMBER: C06-5705-RBL

STIPULATED ORDER OF DISMISSAL DISMISSING DEFENDANTS MELINDA FRIEND AND JOHN DOE FRIEND AND AMENDING CAPTION

**CLERK'S ACTION REQUIRED**

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED by all parties who have appeared in the above action, by and through their respective attorneys, that defendants Melinda Friend and John Doe Friend should be dismissed from this action without prejudice, and that Melinda Friend and John Doe Friend's names should be removed from the caption to reflect this dismissal.

STIPULATED ORDER OF DISMISSAL
DISMISSING DEFENDANTS MELINDA
FRIEND AND JOHN DOE FRIEND AND
AMENDING CAPTION - PAGE 1

English, Lane,
Marshall &
Vanderwood, PLLC

Attorneys at Law

12204 S.E. Mill Plain Blvd., Ste. 200
Vancouver, WA 98684
(360) 449-6100

| | |
|---|---|
| DATED: March 29, 2007 | DATED: March 29, 2007 |
| ENGLISH, LANE, MARSHALL & VANDERWOOD | JEFFREY C. SULLIVAN<br>UNITED STATES ATTORNEY |
| /s/ Derek A. Vanderwood<br>Derek J. Vanderwood, WSBA #24257<br>12204 SE Mill Plain Blvd., Suite 200<br>Vancouver, Washington 98684<br>(360) 449-6100<br>vanderwood@elmbsv.com<br>Attorney for Plaintiff | /s/ Patricia D. Gugin<br>Patricia D. Gugin, PABA #54927<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>(253) 428-3832<br>pat.gugin@usdoj.gov<br>Attorney for the United States |

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that defendants Melinda Friend and John Doe Friend are dismissed from this action without prejudice, and Melinda Friend and John Doe Friend's names shall be removed from the caption to reflect this dismissal. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 30th day of March, 2007.

Ronald B. Leighton
United States District Judge

STIPULATED ORDER OF DISMISSAL
DISMISSING DEFENDANTS MELINDA
FRIEND AND JOHN DOE FRIEND AND
AMENDING CAPTION - PAGE 2

English, Lane,
Marshall &
Vanderwood, PLLC
Attorneys at Law

12204 S.E. Mill Plain Blvd., Ste. 200
Vancouver, WA 98684
(360) 449-6100

| | |
|---|---|
| ENGLISH, LANE, MARSHALL & VANDERWOOD | JEFFREY C. SULLIVAN<br>UNITED STATES ATTORNEY |
| /s/ Derek A. Vanderwood<br>Derek J. Vanderwood, WSBA #24257<br>12204 SE Mill Plain Blvd., Suite 200<br>Vancouver, Washington 98684<br>(360) 449-6100<br>vanderwood@elmbsv.com<br>Attorney for Plaintiff | /s/ Patricia D. Gugin<br>Patricia D. Gugin, PABA #54927<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>(253) 428-3832<br>pat.gugin@usdoj.gov<br>Attorney for the United States |

STIPULATED ORDER OF DISMISSAL
DISMISSING DEFENDANTS MELINDA
FRIEND AND JOHN DOE FRIEND AND
AMENDING CAPTION - PAGE 3

English, Lane,
Marshall &
Vanderwood, PLLC
Attorneys at Law

12204 S.E. Mill Plain Blvd., Ste. 200
Vancouver, WA 98684
(360) 449-6100